1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHNY GOODWIN,                          No. C 08-2187 MHP (pr)

9              Plaintiff,                     **ORDER OF TRANSFER**

10        v.

11   SACRAMENTO COUNTY JAIL;
     et al.,
12
              Defendants.
13   _____/

14

15        Johny Goodwin filed this pro se civil rights action under 42 U.S.C. § 1983,

16   complaining of acts and omissions at the Sacramento County Jail in Sacramento, California.

17   The city of Sacramento is in Sacramento County, and that county is within the venue of the

     Eastern District of California.  Defendants apparently reside in the Eastern District of
18
     California.  Venue therefore properly lies in that district and not in this one.  See 28 U.S.C. §
19
     1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this
20
     action is TRANSFERRED to the United States District Court for the Eastern District of
21
     California.  The clerk shall transfer this matter.
22
          IT IS SO ORDERED.
23
     DATED: May 1, 2008
24                                           _____
                                             Marilyn Hall Patel
25                                           United States District Judge

26

27

28