IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNY GOODWIN, | ) | |
|     Plaintiff, | ) | CASE NO.   CIV S-08-1150 BJR |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 1983 ACTION |
| SACRAMENTO COUNTY | ) | |
| JAIL MEDICAL, *et al*. | ) | |
| | ) | |
|     Defendants. | ) | |

_____
_____

      Plaintiff is a California state prisoner proceeding *pro se* and in *forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. By orders dated July 11, 2008 and August 13, 2008, plaintiff's complaint and amended complaint were dismissed with leave to file a second amended complaint. (Dkt # 1 and 19). On August 25, 2008, plaintiff filed a second amended complaint. (Dkt. # 22). When he filed his complaint, plaintiff listed his address as the Deuel Vocational Institution in Tracy, California. (Dkt. #1). On July 23, 2008, plaintiff filed a notice of change of address notifying the court that he had been transferred to Salinas Valley State Prison. (Dkt. # 18). However, on November 24, 2008 and January 22, 2009, mail directed to plaintiff at this address by the Clerk was returned by the United States Postal Service because plaintiff no longer

1

1
2
3  resided at that address.[1] (Dkt. # 23 and 24). Thus plaintiff has failed to comply with the local rule requiring that he inform the court and opposing parties of his current address. *See* Local Rule 83-183(b).

4  Local Rule 83-183(b) states:

5
6
7
8  > If mail directed to a Petitioner in *propria persona* by the Clerk is returned by the U.S. Postal Service, and if such Petitioner fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

9
10
11  Over Six months has transpired since mail sent by the Clerk to plaintiff was returned by the post office. (Dkt. # 24). Accordingly, the court hereby finds and ORDERS that this action is DISMISSED without prejudice for failure to prosecute.

12  DATED this 9th day of September, 2009.

13
14
15
				~~Barb~~ara Jacobs Rothstein
				U.S. District Court Judge

16
17
18
19
20
21
22
23
24
25

---

[1] The return service indicates that plaintiff has been paroled.